IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHAFER PLAZA LII,LTD | § | CASE NO. 10-43479-11 |
| | § | |
| | § | |
| DEBTOR | § | |

ORDER ON EMERGENCY MOTION TO RECONSIDER ORDER GRANTING MOTION
FOR RELIEF FROM AUTOMATIC STAY

CAME ON to be considered this day the Emergency Motion of Shafer Plaza LII Ltd., Debtor to reconsider Order Granting Motion for Relief From Automatic Stay. The Court having reviewed the pleading and having heard argument of counsel is of the opinion for the reasons set forth on the record the motion should be granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the motion to reconsider is Granted that the Order Lifting Automatic Stay is hereby vacated. It is further,

ORDERED ADJUDGED AND DECREED a hearing on the Motion for Relief from Automatic Stay will be held on November 30, 2010 beginning at 10:00 A.M. in the above referenced courtroom.

Signed this the __ day of _____, 2010.

Signed on 11/5/2010

_Brenda T. Rhoades_   SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE