IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:                                  §
                                        §
SHAFER PLAZA LII,LTD                    §          CASE NO. 10-43479-11
                                        §
                                        §
                                        §
     DEBTOR                             §


**ORDER  APPROVING AMENDED DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

An  Amended Disclosure ("Disclosure Statement")Statement has been filed on February 7, 2011 by Shafer Plaza LII, Ltd.,  pursuant to Section 1125 of the Bankruptcy Code, Debtor in the above-styled and referenced bankruptcy proceeding referring to Debtor's  Plan of Reorganization filed December 28, 2010; came on for consideration by the Court. The Court having been informed that no objections to the Disclosure Statement have been filed that have not been resolved by the Amended Disclosure Statement.

It having been determined after notice in hearing that the disclosure statement as Amended on February 7, 2011, contains adequate information;

It is ordered, and notice is hereby given, that:

A.      The Disclosure Statement filed on February 7, 2011 is approved.

B.      March 30, 2011  is fixed as the last day for filing and serving pursuant to Rule


**ORDER APPROVING DISCLOSURE STATEMENT**
**Page 1**
c

3020(b)(1) written acceptances or rejections of the Plan in the form of a ballot.  One copy of the

ballot shall be returned on or before said date to counsel of record, Eric A. Liepins, 12770 Coit

Road, Suite 1100, Dallas, TX  75251.

  C. No later than February 17, 2011 , the Plan, the Order Approving the Amended

Disclosure Statement, the  Amended Disclosure Statement, a Ballot conforming to New Official

Form No. 14 shall be transmitted by mail to creditors, equity security holders and other parties in

interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P.

3017(d).

  D. April 4, 2011  at 10:30 a.m. is fixed for the hearing on Confirmation of the Plan.

  E. March 28, 2011 is fixed as the last day for filing and serving pursuant to Fed. R.

Bankr. P. 3020(b)(1) written objections to confirmation of the Plan.

  SIGNED this ___ day of _____, 2011.

    Signed on 02/07/2011

    _Brenda T. Rhoades_  SR
    HONORABLE BRENDA T. RHOADES,
    CHIEF UNITED STATES BANKRUPTCY JUDGE

**ORDER APPROVING DISCLOSURE STATEMENT**
**Page 2**
c