Cash Basis Signature Page
Monthly Operating Report
CASH BASIS

| CASE NAME: | Shafer Plaza LII |
|---|---|
| CASE NUMBER: | 10-43479 |
| JUDGE: | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DIVISION 6

MONTHLY OPERATING REPORT

MONTH ENDING: June, 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

STEVE SHAFER
PRINTED NAME OF RESPONSIBLE PARTY

PARTNER
TITLE

7/20/11
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

LISA D FISHER
PRINTED NAME OF PREPARER

CONTROLLER
TITLE

7/20/11
DATE

MOR for Cash Basis, Form 1
Monthly Operating Report

| CASE NAME: | Shafer Plaza LII | | | | CASH BASIS-1 |
|---|---|---|---|---|---|
| CASE NUMBER: | 10-43479 | | | | |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Mar, 2011 | MONTH April, 2011 | MONTH May, 2011 | MONTH June, 2011 |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 76,238.06 | $ 79,412.32 | $ 76,111.67 | $ 50,936.44 |
| RECEIPTS | | | | |
| 2. CASH SALES | $ - | $ - | $ - | $ - |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ 21,585.50 | $ 21,585.50 | $ 23,000.00 | $ 23,000.00 |
| 4. LOANS AND ADVANCES | $ - | $ - | $ - | $ - |
| 5. SALE OF ASSETS | $ - | $ - | $ - | $ - |
| 6. LEASE & RENTAL INCOME | $ - | $ - | $ - | $ - |
| 7. WAGES | $ - | $ - | $ - | $ - |
| 8. OTHER (ATTACH LIST) | $ - | $ - | $ - | $ - |
| 9. TOTAL RECEIPTS | $ 21,585.50 | $ 21,585.50 | $ 23,000.00 | $ 23,000.00 |
| DISBURSEMENTS | | | | |
| 10. NET PAYROLL | $ - | $ - | $ - | $ - |
| 11. PAYROLL TAXES PAID | $ - | $ - | $ - | $ - |
| 12. SALES, USE & OTHER TAXES PAID | $ - | $ - | $ - | $ - |
| 13. INVENTORY PURCHASES | $ - | $ - | $ - | $ - |
| 14. MORTAGE PAYMENTS | $ - | $ - | $ 6,083.00 | $ 6,083.00 |
| 15. OTHER SECURED NOTE PAYMENTS | $ - | $ - | $ - | $ - |
| 16. RENTAL & LEASE PAYMENTS | $ - | $ - | $ - | $ - |
| 17. UTILITIES | $ - | $ 4,320.15 | $ 849.79 | $ 987.59 |
| 18. INSURANCE | $ 2,328.24 | $ - | $ 3,492.36 | $ - |
| 19. VEHICLE EXPENSES | $ - | $ - | $ - | $ - |
| 20. TRAVEL | $ - | $ - | $ - | $ - |
| 21. ENTERTAINMENT | $ - | $ - | $ - | $ - |
| 22. REPAIRS & MAINTENANCE | $ - | $ 4,483.00 | $ 216.50 | $ 270.63 |
| 23. SUPPLIES | $ - | $ - | $ 32.10 | $ - |
| 24. ADVERTSING | $ - | $ - | $ - | $ - |
| 25. HOUSEHOLD EXPENSES | $ - | $ - | $ - | $ - |
| 26. CHARITABLE CONTRIBUTIONS | $ - | $ - | $ - | $ - |
| 27. GIFTS | $ - | $ - | $ - | $ - |
| 28. OTHER (ATTACH LIST) | $ - | $ - | $ - | $ - |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 2,328.24 | $ 8,803.15 | $ 10,673.75 | $ 7,341.22 |
| REORGANIZATION EXPENSES | | | | |
| 30. PROFESSIONAL FEES | $ - | $ - | $ 3,767.28 | $ - |
| 31. U.S. TRUSTEE FEES | $ - | $ - | $ - | $ - |
| 32. OTHER (ATTACH LIST) | $ 16,083.00 | $ 16,083.00 | $ 33,734.20 | $ 27,651.20 |
| 33. TOTAL REORGANIZATION EXPENSES | $ 16,083.00 | $ 16,083.00 | $ 37,501.48 | $ 27,651.20 |
| 34. TOTAL DISBURSEMENTS | $ 18,411.24 | $ 24,886.15 | $ 48,175.23 | $ 34,992.42 |
| 35. NET CASH FLOW | $ 3,174.26 | $ (3,300.65) | $ (25,175.23) | $ (11,992.42) |
| 36. CASH - END OF MONTH | $ 79,412.32 | $ 76,111.67 | $ 50,936.44 | $ 38,944.02 |

MOR for Cash Basis, Form 1
Monthly Operating Report
CASH BASIS-1A

# 2011

| CASE NAME: | Shafer Plaza LII |
|---|---|
| CASE NUMBER: | 10-43479 |

CASH DISBURSEMENTS DETAIL            MONTH: June, 2011

| CASH DISBURSEMENTS | | | |
|---|---|---|---|
| DATE | PAYEE | PURPOSE | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL CASH DISBURSEMENTS | | | $0.00 |

| BANK ACCOUNT DISBURSEMENTS | | | | |
|---|---|---|---|---|
| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
| 44 | 6/13/2011 | Action Automatic Sprinkler | creditor payment | $ 342.58 |
| 45 | 6/13/2011 | Collin County tax assessor | creditor payment | $ 266.90 |
| 46 | 6/13/2011 | DSS Fire, Inc. | creditor payment | $ 227.63 |
| 47 | 6/13/2011 | Frisco ISD | creditor payment | $ 1,136.95 |
| 48 | 6/13/2011 | City of Frisco | creditor payment | $ 380.35 |
| 49 | 6/13/2011 | FUB-McKinney | mortgage payment | $ 30,950.00 |
| 50 | 6/13/2011 | Jomac Construction | creditor payment | $ 429.79 |
| 51 | 6/17/2011 | City of Frisco | final water | $ 516.35 |
| ACH | 6/20/2011 | Star Tex | final electricity | $ 471.24 |
| 52 | 6/23/2011 | Handy Service Co. | final R&M | $ 270.63 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL BANK ACCOUNT DISBURSEMENTS | | | | $ 34,992.42 |

# (row 50 marked with #)

| TOTAL DISBURSEMENTS FOR THE MONTH | $ 34,992.42 |
|---|---|

MOR for Cash Basis, Form 2
Monthly Operating Report

| CASE NAME: | Shafer Plaza LII |
|---|---|
| CASE NUMBER: | 10-43479 |

CASH BASIS-2

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | TOTAL |
|---|---|---|---|---|
| A. BANK | Comerica | | | |
| B. ACCOUNT NUMBER | 1881437840 | | | |
| C. PURPOSE (TYPE): | DIP | | | |
| 1. BALANCE PER BANK STATEMENT | $ 39,552.00 | $ - | $ - | $ 39,552.00 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $ - | $ - | $ - | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ 607.98 | $ - | $ - | $ 607.98 |
| 4. OTHER RECONCILING ITEMS | $ - | $ - | $ - | $ - |
| 5. MONTH END BALANCE PER BOOKS | $ 38,944.02 | $ - | $ - | $ 38,944.02 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | | | |
| 0 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11. TOTAL INVESTMENTS | | | $0.00 | $0.00 |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $0.00 |

| 13. TOTAL CASH - END OF MONTH | $ 38,944.02 |
|---|---|

MOR for Cash Basis, Form 3
Monthly Operating Report

| CASE NAME: | Shafer LII | | | CASH BASIS-3 |
|---|---|---|---|---|
| CASE NUMBER: | 10-43479 | | | |

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH April, 2011 | MONTH May, 2011 | MONTH June, 2011 |
| 1. 8980 Preston Road | $ 5,200,000.00 | $ 5,200,000.00 | $ 5,200,000.00 | $ 5,200,000.00 |
| 2. | $ - | $ - | $ - | $ - |
| 3. | $ - | $ - | $ - | $ - |
| 4. OTHER (ATTACH LIST) | $ - | $ - | $ - | $ - |
| 5. TOTAL REAL PROPERTY ASSETS | $ 5,200,000.00 | $ 5,200,000.00 | $ 5,200,000.00 | $ 5,200,000.00 |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | $ 8,822.19 | $ 76,111.67 | $ 50,936.44 | $ 38,944.02 |
| 2. CHECKING, SAVINGS, ETC. | $ - | $ - | $ - | $ - |
| 3. SECURITY DEPOSITS | $ - | $ - | $ - | $ - |
| 4. HOUSEHOLD GOODS | $ - | $ - | $ - | $ - |
| 5. BOOKS, PICTURES, ART | $ - | $ - | $ - | $ - |
| 6. WEARING APPAREL | $ - | $ - | $ - | $ - |
| 7. FURS AND JEWELRY | $ - | $ - | $ - | $ - |
| 8. FIREARMS & SPORTS EQUIPMENT | $ - | $ - | $ - | $ - |
| 9. INSURANCE POLICIES | $ - | $ - | $ - | $ - |
| 10. ANNUITIES | $ - | $ - | $ - | $ - |
| 11. RETIREMENT & PROFIT SHARING | $ - | $ - | $ - | $ - |
| 12. STOCKS | $ - | $ - | $ - | $ - |
| 13. PARTNERSHIPS & JOINT VENTURES | $ - | $ - | $ - | $ - |
| 14. GOVERNMENT & CORPORATE BONDS | $ - | $ - | $ - | $ - |
| 15. ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - |
| 16. ALIMONY | $ - | $ - | $ - | $ - |
| 17. OTHER LIQUIDATED DEBTS | $ - | $ - | $ - | $ - |
| 18. EQUITABLE INTERESTS | $ - | $ - | $ - | $ - |
| 19. CONTINGENT INTERESTS | $ - | $ - | $ - | $ - |
| 20. OTHER CLAIMS | $ - | $ - | $ - | $ - |
| 21. PATENTS & COPYRIGHTS | $ - | $ - | $ - | $ - |
| 22. LICENSES & FRANCHISES | $ - | $ - | $ - | $ - |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | $ - | $ - | $ - | $ - |
| 24. BOATS & MOTORS | $ - | $ - | $ - | $ - |
| 25. AIRCRAFT | $ - | $ - | $ - | $ - |
| 26. OFFICE EQUIPMENT | $ - | $ - | $ - | $ - |
| 27. MACHINERY, FIXTURES & EQUIPMENT | $ - | $ - | $ - | $ - |
| 28. INVENTORY | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 |
| 29. ANIMALS | $ - | $ - | $ - | $ - |
| 30. CROPS | $ - | $ - | $ - | $ - |
| 31. FARMING EQUIPMENT | $ - | $ - | $ - | $ - |
| 32. FARM SUPPLIES | $ - | $ - | $ - | $ - |
| 33. OTHER (ATTACH LIST) | $ - | $ - | $ - | $ - |
| 34. TOTAL PERSONAL PROPERTY ASSETS | $ 26,822.19 | $ 94,111.67 | $ 68,936.44 | $ 56,944.02 |
| 35. TOTAL ASSETS | $ 5,226,822.19 | $ 5,294,111.67 | $ 5,268,936.44 | $ 5,256,944.02 |

MOR for Cash Basis, Form 4
Monthly Operating Report

| CASE NAME: | Shafer Plaza LII | CASH BASIS-4 |
|---|---|---|
| CASE NUMBER: | 10-43479 | |

MONTH: June, 2011

| LIABILITIES OF THE ESTATE | | |
|---|---|---|
| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
| 1. SECURED | $ 4,405,740.00 | $ 1,000.00 |
| 2. PRIORITY | $ 81,893.57 | $ 1,784.20 |
| 3. UNSECURED | $ 407,854.01 | $ 1,000.00 |
| 4. OTHER (ATTACH LIST) | $ - | |
| 5. TOTAL PREPETITION LIABILITIES | $ 4,895,487.58 | $ 3,784.20 |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | $ - | | $ - |
| 2. FICA/MEDICARE | | $ - | | $ - |
| 3. STATE TAXES | | $ - | | $ - |
| 4. REAL ESTATE TAXES | | $ - | | $ - |
| 5. OTHER TAXES (ATTACH LIST) | | $ - | | $ - |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDE TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7 | | $ - | | $ - |
| 8 | | $ - | | $ - |
| 9 | | $ - | | $ - |
| 10 | | $ - | | $ - |
| 11 | | $ - | | $ - |
| 12 | | $ - | | $ - |
| 13 | | $ - | | $ - |
| 14 | | $ - | | $ - |
| 15 | | $ - | | $ - |
| 16 | | $ - | | $ - |
| 17 | | $ - | | $ - |
| 18 | | $ - | | $ - |
| 19 | | $ - | | $ - |
| 20 | | $ - | | $ - |
| 21 | | $ - | | $ - |
| 22 | | $ - | | $ - |
| 23 | | $ - | | $ - |
| 24 | | $ - | | $ - |
| 25 | | $ - | | $ - |
| 26 | | $ - | | $ - |
| 27 | | $ - | | $ - |
| 28 | | $ - | | $ - |
| 29. (IF ADDITIONAL ATTACH LIST) | | $ - | | $ - |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $0.00 | | $0.00 |

MOR for Cash Basis, Form 4A
Monthly Operating Report
**CASH BASIS-4A**

| CASE NAME: | Shafer Plaza LII |
|---|---|
| CASE NUMBER: | 10-43479 |

MONTH: June, 2011

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | $ - | $ - | | |
| 2. 31 - 60 | $ - | $ - | | |
| 3. 61 - 90 | | | | |
| 4. 91 - | $ - | $ - | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTABLE | $ - | $ - | $ - | $ - |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ - | $ - | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 1. FEDERAL | | | | |
| 2. STATE | | | | |
| 3. LOCAL | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL TAXES PAYABLE | $0.00 | $0.00 | $0.00 | $0.00 |

| STATUS OF POSTPETITION TAXES FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING | | | | $ - |
| 2. FICA-EMPLOYEE | | | | $ - |
| 3. FICA-EMPLOYER | | | | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | | | | $ - |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | | | | $ - |
| 16. TOTAL TAXES | $0.00 | $0.00 | $0.00 | $ - |

MOR for Cash Basis, Form 5
Monthly Operating Report

CASH BASIS-5

| CASE NAME: | Shafer Plaza LII |
|---|---|
| CASE NUMBER: | 10-43479 |

MONTH: June, 2011

PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| TOTAL PAYMENTS TO INSIDERS | | $   - | $   - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $0.00 | $0.00 | $0.00 | $0.00 |

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| City of Frisco | $ 380.35 | $ 380.35 | $   - |
| Frisco ISD | $ 1,136.95 | $ 1,136.95 | $   - |
| Collin County | $ 266.90 | $ 266.90 | $   - |
| First United Bank | $ 1,000.00 | $ 1,000.00 | $   - |
| Action Automatic Sprinkler | $ 342.58 | $ 342.58 | $   - |
| DSS Fire, Inc. | $ 150.27 | $ 150.27 | $   - |
| DSS Fire, Inc. | $ 77.36 | $ 77.36 | $   - |
| Jomac Construction | $ 429.79 | $ 429.79 | $   - |
| 6. TOTAL | $ 3,784.20 | $ 3,784.20 | $   - |

MOR for Cash Basis, Form 1
Monthly Operating Report
CASH BASIS-6
**2008**

| CASE NAME: | Shafer Plaza LII |
|---|---|
| CASE NUMBER: | 10-43479 |

MONTH: June, 2011

### QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1 | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2 | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3 | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4 | HAVE ANY PAYMENTS BEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5 | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6 | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7 | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8 | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9 | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10 | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11 | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12 | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

Prepetition liabilities payments were made in accordance with the approved plan.

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1 | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2 | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3 | PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTINS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Liability | Guaranty Ins | 01/11 - 12/11 | 3492.36 |
| | | | |
| | | | |
| | | | |